IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEANNE MARIE ANDERSON,

    Plaintiff,

v.                                              CASE NO. 1:06-cv-00097-MP-AK

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on a Telephone Status Conference held on Tuesday, November 21, 2006. During the conference, the parties announced that they have reached a settlement in this case. Plaintiff moved to dismiss this case with prejudice, and Defendant did not object. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is dismissed with prejudice, and the Court reserves jurisdiction over this case for 60 days.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** this   *22nd* day of November, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge